ROTH, Circuit Judge,
Concurring.
I agree with the Majority that we have jurisdiction of this petition for eertioi*ari and that the Supreme Court of the Virgin Islands has the authority under 48 U.S.C. § 1613 to disregard precedent set by the Third Circuit Court of Appeals during a time when the Third Circuit Court of Appeals was the only source of binding authority construing territorial law. Because the grant of certiorari in this case bears only on the general question and does not speak of any consideration of manifest er *749 ror in this specific case, I find Section V of the majority opinion to be beyond the scope of the grant of certiorari here. For that reason, I conclude that Section V is not necessary to our response to this petition for certiorari and I do not join in it.